IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JOSEPH DARRELL DANIELS,**

    **Plaintiff,**

v.                                      Case No. 4:24-cv-154-AW-MAF

**SERGEANT MIXON, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff has not complied with a court order, and he has not objected to the magistrate judge's report and recommendation (ECF No. 10), which recommends dismissal on that basis. It appears Plaintiff has abandoned his case.

I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order and failure to prosecute." The clerk will then close the file.

SO ORDERED on September 23, 2024.

                                              s/ *Allen Winsor*
                                            United States District Judge